UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David Benedict,                          *
                                         *
            Plaintiff,                   *
                                         *
                                         *      Civil Action No. 1:16-cv-11447-GAO
The Commonwealth of Massachusetts et al, *
                                         *
                                         *
            Respondent,                  *

ORDER

March 20, 2017

O'Toole, D.J.

        Pursuant to the Order entered on 03/20/2017 regarding [5,7] GRANTING Motion to

Dismiss, this case is hereby CLOSED.

        IT IS SO ORDERED.

                                                /s/ George A. O'Toole, Jr.

                                                United States District Judge